UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-10039-CIV-KING

JOEL A. MURPHY,

    Plaintiff,

v.

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL
## AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the May 29, 2008 Report and Recommendation of Magistrate Judge Patrick A. White (DE #7).

After a thorough review of the record, the Court concludes that the R&R contains thorough and well-reasoned recommendations wherein it finds and recommends that the Complaint be dismissed pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A White's

May 29, 2008 Report and Recommendation (**DE # 7**) be, and the same is hereby, AFFIRMED and ADOPTED. It is further

ORDERED, ADJUDGED, and DECREED that the above-styled action is **DISMISSED**. All pending motions are DENIED as MOOT. The Clerk of Court shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of May, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Patrick A. White

**Counsel for Petitioner**

Joel A. Murphy, pro se
412 North Coast Highway
Suite B, #165
Laguna Beach, CA 92651